USCA1 Opinion

 

 May 11, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-2442 No. 92-2443 ELIESABETH A. AMELUNG, Plaintiff, Appellant, v. MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, Defendant, Appellee. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Torruella, Cyr and Boudin, Circuit Judges. ______________ ____________________ Eliesabeth A. Amelung on briefs pro se. _____________________ Mary M. Logalbo, Joseph A. Trainor, and Jonathan P. Feltner, on ________________ _________________ ____________________ Motions for Summary Disposition and Memoranda in Support of Motions for Summary Disposition, for appellee. ____________________ ____________________ Per Curiam. Plaintiff has appealed from November __________ 13, 1992 orders granting the government's motions to dismiss Medicare-Medicaid and other federal defendants from plaintiff's actions. We affirm the orders of dismissal essentially for the reasons stated in the governments' motions to dismiss. To the extent plaintiff challenges earlier district court orders dismissing plaintiff's actions, we adhere to our earlier decisions. Amelung v. M.B.T.A., No. _______ ________ 91-1329, slip op. (1st Cir. June 27, 1991); Amelung v. _______ M.B.T.A., No. 91-1336, slip op. (1st Cir. June 28, 1991). ________ Affirmed. ________